IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KACI IRVIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case Number CIV-21-619-C |
| | ) | |
| GMRI, INC. d/b/a OLIVE GARDEN d/b/a | ) | |
| OLIVE GARDEN ITALIAN | ) | |
| RESTARUANT AND OLIVE GARDEN | ) | |
| HOLDINGS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF DISMISSAL

On August 31, 2021, the Court held a Status and Scheduling Conference in this case.

Defendants appeared as Ordered.  Plaintiff did not appear and did not participate in the

preparation of the Status Report and Discovery Plan.  Pursuant to Fed. R. Civ. P. 16(f) this

matter is DISMISSED without prejudice.

IT IS SO ORDERED this 31th day of August 2021.

ROBIN J. CAUTHRON
United States District Judge